# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DENISE WINGO,

    Plaintiff,

        v.

TROVER SOLUTIONS, INC.

    Defendant.

No. 3:18-CV-01930

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 17th day of December, 2018, **IT IS HEREBY ORDERED** that:

(1)     Plaintiff Denise Wingo's Motion to Remand (Doc. 10) is **GRANTED** and the case is **REMANDED** to the Court of Common Pleas of Pike County, Pennsylvania.

(2)     The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo  
                                              A. Richard Caputo  
                                              United States District Judge